JOSEPH YOUNG, Administrator, etc., Respondent, *v.* THE NEW
YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

(Argued October 25, 1886; decided November 23, 1886.)

*Frank Loomis* for appellant.

*Daniel P. Hays* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.